No. 03–412. POLLUX HOLDING, LTD. *v.* CHASE MANHATTAN BANK. C. A. 2d Cir. Certiorari denied.

No. 03–552. APPLEGATE ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–562. MACHARIA ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–575. PATTI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–659. YAMAMOTO ET AL. *v.* BANK OF NEW YORK ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–677. HAWKINS ET AL. *v.* AID ASSOCIATION FOR LUTHERANS. C. A. 7th Cir. Certiorari denied.

No. 03–693. SCOTTSDALE UNIFIED SCHOOL DISTRICT, No. 48, ET AL. *v.* HILLS. C. A. 9th Cir. Certiorari denied.

No. 03–695. GOODYEAR TIRE & RUBBER CO. *v.* MALEK. C. A. 4th Cir. Certiorari denied.

No. 03–704. KAWASAKI MOTORS CORP., U. S. A. *v.* BOB SCHULTZ MOTORS, INC. C. A. 8th Cir. Certiorari denied.

No. 03–712. LLOYD ET UX. *v.* CONNOR, TEXAS SECRETARY OF STATE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–715. GAIN ET AL. *v.* WASHINGTON ET AL. (two judgments). Sup. Ct. Wash. Certiorari denied.

No. 03–716. WHITSON *v.* CITY OF GULF SHORES, ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 03–718. TUCKER *v.* FEARN ET AL. C. A. 11th Cir. Certiorari denied.